UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**FILED**
April 11, 2018
CLERK, US DSITRICT COURT
EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

Plaintiff,

v.

EBERARDO MENDEZ,

Defendant.

Case No. 2:18-mj-00079-CKD

**ORDER FOR RELEASE OF PERSON IN CUSTODY**

TO: UNITED STATES MARSHAL:

This is to authorize and direct you to release <u>EBERARDO MENDEZ</u> Case No. <u>2:18-mj-00079-CKD</u> Charges <u>21 USC § 841(a)(1), 846</u> from custody for the following reasons:

\_\_\_\_\_ Release on Personal Recognizance

\_\_\_\_\_ Bail Posted in the Sum of $ \_\_\_\_\_

**X** Unsecured Appearance Bond $ <u>25,000 co-signed by Arlene Mendez</u>

\_\_\_\_\_ Appearance Bond with 10% Deposit

\_\_\_\_\_ Appearance Bond with Surety

\_\_\_\_\_ Corporate Surety Bail Bond

**X** (Other): <u>Pretrial Supervision conditions as stated on the record in open court.</u>

Issued at Sacramento, California on April 10, 2018 at 2:00 PM

By: _____
Magistrate Judge Kendall J. Newman